UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 5, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00022-SCR |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ERIC REGO, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ERIC REGO ,

Case No. 2:25-mj-00022-SCR , Charge 18 U.S.C. § 1341, from custody for the following reasons:

  x   Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

  x   (Other): Released forthwith with terms as stated on the record and must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 2/6/2025.

Issued at Sacramento, California on February 5, 2025, at 2:15 PM.

By: /s/ Sean C. Riordan

Magistrate Judge Sean C. Riordan